# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 07-1751

_____

| | | |
|---|---|---|
| Marvel Jones, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Department of Correctional Services; | * | District of Nebraska. |
| Harold Clarke; Frank Hopkins; Mike | * | |
| Kenney; Michelle Rose; Mario Peart; | * | [UNPUBLISHED] |
| Lawrence Higgins; Scott Marshall; | * | |
| Jeff Bauer; Unknown Balderson, | * | |
| Corporal; Unknown Edison, Corporal; | * | |
| Unknown Connelly, Sergeant; | * | |
| Unknown Howard, Sergeant; Unknown | * | |
| Paul, Sergeant; Unknown Stoner, | * | |
| Lieutenant; Unknown Naylor, | * | |
| Lieutenant; Unnamed/Unidentified | * | |
| Correctional Staff Members, of the | * | |
| Nebraska State Penitentiary, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: June 30, 2008
Filed: August 14, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Marvel Jones appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 action.  After careful de novo review, see Stalley ex rel. U.S. v. Catholic Health Initiative, 509 F.3d 517, 521 (8th Cir. 2007); Mattes v. ABC Plastics, Inc., 323 F.3d 695, 697-98 (8th Cir. 2003), we conclude that the dismissal was proper.

The judgment is affirmed.  See 8th Cir. R. 47B.

_____

---

[1]The Honorable Joseph Bataillon, Chief Judge, United States District Court for the District of Nebraska.